CITY OF EAST ORANGE v. EVERGREEN TOWERS, INC. AND
STATE OF NEW JERSEY.

June 27, 1986.

Petition for certification denied.

ANGELO G. GIUDICE, v. DREW CHEMICAL CORP., ET AL.

June 27, 1986.

Petition for certification is granted, limited solely to the claim
of Hans Bugge that he was wrongfully discharged for report-
ing the sexual harassment of his secretary, and, as to that
issue, the matter is summarily remanded to the trial court for
reconsideration in the light of *Pierce v. Ortho Pharmaceutical
Corp.*, 84 *N.J.* 58 (1980).

Jurisdiction is not retained.   (See 210 *N.J.Super.* 32)

ANGELO G. GIUDICE, v. DREW CHEMICAL CORP., ET AL.

June 27, 1986.

Cross-petition for certification denied.   (See 210 *N.J.Super.*
32)